Case Number
02-C-0647-C
United States District Court
Western District of Wisconsin
Joseph W. Skupniewitz
Filed/Received
07/07/2003 04:30:13 PM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 02-C-0647 C <br><br> Chief Judge Barbara B. Crabb <br> Magistrate Judge Stephen L. Crocker |

### DEFENDANT MICROSOFT CORPORATION'S NOTICE AND UNOPPOSED MOTION FOR LEAVE TO FILE ERRATUM TO MOTION FOR SUMMARY JUDGMENT OF NO LIABILITY

PLEASE TAKE NOTICE that Defendant Microsoft Corporation ("Microsoft") hereby moves the Court for leave to file an Erratum to its motion for summary judgment of no liability. Plaintiffs HyperPhrase Technologies, LLC and HyperPhrase, Inc. (collectively "HyperPhrase") do not oppose this motion.

Microsoft filed its motion for summary judgment on June 26, 2003 along with proposed findings of fact and other supporting documents. Microsoft's proposed findings of fact should have included a group of factual findings relating to one of the patents in suit. These findings were inadvertently omitted. Indeed, other documents filed by Microsoft on the same day cite directly to these missing paragraphs. For instance, Microsoft's invalidity claim charts, which are exhibits to the memorandum in support of the motion for summary judgment, include cites to these paragraphs. Microsoft has also added a table of contents to the proposed findings of fact and included a few cross-references to other supporting paragraphs.

All of these changes are set forth in the attached Erratum. For the Court's convenience, Microsoft has also attached a copy of the proposed findings of fact with all of the changes incorporated.

Based upon the foregoing, Microsoft respectfully requests that the Court grant this unopposed motion and substitute the attached proposed findings of fact for the original findings filed with the Court on June 26.

Dated: July 7, 2003               FISH & RICHARDSON P.C.

                                  By: /s/ Craig R. Smith
                                  Frank E. Scherkenbach
                                  Kurt L. Glitzenstein
                                  Craig R. Smith
                                  FISH & RICHARDSON P.C.
                                  225 Franklin Street
                                  Boston, MA 02110-2804
                                  Telephone: (617) 542-5070
                                  Facsimile: (617) 542-8906

                                  John V. Picone, III
                                  FISH & RICHARDSON P.C.
                                  500 Arguello Street, Suite 500
                                  Redwood City, CA 94063
                                  Telephone: (650) 839-5070
                                  Facsimile: (650) 839-5071

                                  Michael E. Husmann, SBN 1015114
                                  Joathan H. Margolies, SBN 1000452
                                  MICHAEL BEST & FRIEDRICH LLP
                                  100 East Wisconsin Avenue, Suite 3300
                                  Milwaukee, WI 53202-4108
                                  Telephone: (414) 271-6560
                                  Facsimile: (414) 277-0656

                                  John C. Scheller, SBN 1031247
                                  MICHAEL BEST & FRIEDRICH LLP
                                  One South Pickney Street
                                  Suite 700
                                  Madison, WI 53703
                                  Telephone: (608) 257-3501
                                  Facsimile: (608) 283-2275

                                  OF COUNSEL:
                                  Isabella E. Fu, Esq.
                                  MICROSOFT CORPORATION
                                  One Microsoft Way
                                  Redmond, WA 98052-6399
                                  Telephone: (415) 882-8080
                                  Facsimile: (415) 936-7329

                                  Attorneys for Defendant
                                  MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I certify that on July 7, 2003 true and correct copies of the following documents were served on counsel for Plaintiffs:

1. DEFENDANT MICROSOFT CORPORATION'S NOTICE AND UNOPPOSED MOTION FOR LEAVE TO FILE ERRATUM TO MOTION FOR SUMMARY JUDGMENT OF NO LIABILITY;

2. ERRATUM; and

3. DEFENDANT MICROSOFT CORPORATION'S PROPOSED FINDINGS OF FACT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Raymond P. Niro, Esq.<br>Raymond P. Niro, Jr., Esq.<br>Richard B. Megley, Jr., Esq.<br>Niro, Scavone, Haller & Niro<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE, INC. |

(by overnight mail)

| | |
|---|---|
| Mark A. Cameli, Esq.<br>Lynn M. Stathas, Esq.<br>Andrew W. Erlandson, Esq.<br>Reinhart Boerner Van Deuren S.C.<br>22 E. Mifflin Street<br>Madison, WI 53703 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE, INC. |

(by overnight mail)

_____
Craig R. Smith

20684619.doc