Doc. Number 138

Case Number 02-C-0647-C
United States District Court
Western District of Wisconsin
Joseph W. Skupniewitz

Filed/Received
09/18/2003 11:49:44 PM CDT

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| HYPERPHRASE TECHNOLOGIES, LLC and HYPERPHRASE, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | Civil Action No. 02-C-0647 C <br><br> Chief Judge Barbara B. Crabb <br> Magistrate Judge Stephen L. Crocker |

### DEFENDANT MICROSOFT CORPORATION'S WITNESS LIST

Pursuant to Paragraph 8 of the Court's Scheduling Order, Defendant Microsoft Corporation ("Microsoft") hereby submits the following list of witnesses that Microsoft expects to call at the time of trial live or by deposition and may call if the need arises, assuming all issues are tried. Microsoft reserves the right to call any witnesses designated by Plaintiff.

Expect to call:

> Tom Bailey
> Laurits Christensen
> Dr. William Craig
> Dr. Bruce Croft
> Carlos de la Huerga
> Kurt DelBene
> Reed Koch
> Mark Kohls
> Allen Oelschlaeger
> Jeff Reynar

May call if the need arises:

> Mike Ammerlaan
> Heather Brown
> Peter Brown
> Neil Calvin
> Todd Dunlap
> Nancy Garrett
> Wyndham Gary
> Joseph Gemini
> Nobuya Higashiyama
> Kathy Ivens
> Michael Jaskolski

Mark Joseph
Scott Kroeger
Tim Kula
Chris Kunicki
Andrew Kwatinetz
Karl Leigh
Neil Long
Scott Mauvias
Corrine Martinez
Robert Moline
Jeffrey Naughton
Larry Nixon
Peter O'Kelly
Chris Pratley
Bradley Rhodes
Ian Rowlandson
Michael Senf
Steve Sinofsky
Richard Smith
Arnie Taragon
Larry Wells
Eve Wilson
Microsoft Office XP Customers

Dated: September 18, 2003

FISH & RICHARDSON P.C.

By: _____
Frank E. Scherkenbach
Kurt L. Glitzenstein
Craig R. Smith
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

John V. Picone, III
FISH & RICHARDSON P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
Facsimile: (650) 839-5071

Michael E. Husmann, SBN 1015114
Joathan H. Margolies, SBN 1000452
MICHAEL BEST & FRIEDRICH LLP
100 East Wisconsin Avenue
Suite 3300
Milwaukee, WI 53202-4108
Telephone: (414) 271-6560
Facsimile: (414) 277-0656

John C. Scheller, SBN 1031247
MICHAEL BEST & FRIEDRICH LLP
One South Pickney Street
Suite 700
Madison, WI 53703
Telephone: (608) 257-3501
Facsimile: (608) 283-2275

OF COUNSEL:

Isabella Fu, Esq.
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I certify that on September 18, 2003 a true and correct copy of Defendant Microsoft Corporation's Witness List was served as follows:

| | |
|---|---|
| William W. Flachsbart, Esq.<br>Raymond P. Niro, Jr., Esq.<br>Richard B. Megley, Jr., Esq.<br>Niro, Scavone, Haller & Niro<br>181 West Madison Street, Suite 4600<br>Chicago, IL 60602 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE, INC. |

(via facsimile)

| | |
|---|---|
| Mark A. Cameli, Esq.<br>Lynn M. Stathas, Esq.<br>Andrew W. Erlandson, Esq.<br>Reinhart Boerner Van Deuren S.C.<br>22 E. Mifflin Street<br>Madison, WI  53703 | Attorneys for Plaintiffs<br>HYPERPHRASE TECHNOLOGIES,<br>LLC and HYPERPHRASE, INC. |

(via overnight courier)

_Christopher B. Hadly_

20727644.doc